IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RODNEY F. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:16-CV-2939-TWT |

**ORDER**

This is a pro se civil action seeking judicial review of an Order of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending denying the Plaintiff's Motion for Default Judgment [Doc. 16]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Default Judgment [Doc. 16] is DENIED.

SO ORDERED, this 14 day of February, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge