IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RODNEY F. JACKSON,

    Plaintiff,

    v.

NANCY A. BERRYHILL
Acting Commissioner of Social
Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-2939-TWT

**ORDER**

This is a pro se civil action seeking judicial review of an Order of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 28] of the Magistrate Judge recommending affirming the decision of the Commissioner. The Plaintiff offers nothing in support of his objection to the Report and Recommendation in which he accuses the Magistrate Judge of racial bias. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED. The Motion for Extension of Time

[Doc. 31] is DENIED as moot. The Motion to Transfer Case [Doc. 32] is DENIED.

SO ORDERED, this 23 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge